UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EATON CORPORATION,

            Plaintiff,           Case No.  03-74844

    v.                          District Judge George Caram Steeh

                               Magistrate Judge R. Steven Whalen

ZF MERITOR LLC., ARVINMERITOR
INC., and ZF FRIEDRICHSHAFEN AG,

            Defendants.
_____/

**ORDER**

      Before the Court is Plaintiff's Motion for Protective Order [Docket #79].  For the reasons and under the terms stated on the record on August 15, 2006, Plaintiff's Motion is GRANTED IN PART AND DENIED IN PART, as follows:

      1. Plaintiff's request to redact customer identification information, third party identification information from its sales, pricing, rebate and discount agreements and documents is DENIED.

      2.  Plaintiff's request to redact pricing, discount or rebate information for clutches, axles and brakes is DENIED.

      3.  Plaintiff's request to limit production of the discovery at issue to Defendant's outside counsel and retained consultants and/or experts is GRANTED.  None of the factual material so produced shall be provided or communicated to Defendant's in-house counsel

or other employees. Said discovery shall in all other respects be subject to the protective order entered on September 14, 2005

  SO ORDERED.

          S/R. Steven Whalen
          R. STEVEN WHALEN
          UNITED STATES MAGISTRATE JUDGE

Dated: August 16, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 16, 2006.

          S/Gina Wilson
          Judicial Assistant