UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EATON CORPORATION,

        Plaintiff,        Case No. 03-74844

  v.       District Judge George Caram Steeh

        Magistrate Judge R. Steven Whalen

ZF MERITOR LLC., ARVINMERITOR
INC., and ZF FRIEDRICHSHAFEN AG,

        Defendants.
_____/

**ORDER**

Before the Court is Defendants' Motion for Issuance of Letters of Request for Depositions of Albert Albers and Michael Frey [Docket #114], both German nationals. For the reasons and under the terms stated on the record on October 24, 2006, the Motion is GRANTED.

Within 14 days of the date of this Order, Plaintiff may submit additional written deposition questions for Albers and Frey, to submit to the German court along with the Letters of Request.

SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: October 25, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 25, 2006.

S/Gina Wilson<br>Judicial Assistant