UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EATON CORPORATION,

        Plaintiff,        Case No.  03-74844

  v.       District Judge George Caram Steeh

        Magistrate Judge R. Steven WhalenZF MERITOR
LLC., ARVINMERITOR
INC., and ZF FRIEDRICHSHAFEN AG,

        Defendants.
_____/

### ORDER

The Court having received Defendant's Motion for Re-Issuance of Amended Letters of Request for the Depositions of Dr.-Ing  Dr.  H.C. Albert Albers and Dr. -Ing.  Michael Frey (filed 2/5/07) [#185]; and a response to this motion having been filed on 2/20/07; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Motion for Re-Issuance of Amended Letters of Request [#185] shall be decided on the motion and response to the motion previously submitted to this Court WITHOUT ORAL ARGUMENT.

        S/R.  Steven Whalen
        R.  STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated:  February 26, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or

parties of record by electronic means or U.S. Mail on February 26, 2007.

                                                   s/Gina Wilson
                                                   Judicial Assistant