IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

EATON CORPORATION,

    Plaintiff,

v.                                       Civil Action No.: 03-74844

ZF MERITOR LLC,                    Honorable George Caram Steeh
ARVINMERITOR, INC. AND
ZF FRIEDRICHSHAFEN AG,           Magistrate Judge R. Steven Whalen

    Defendants.
_____/

## ORDER GRANTING MOTION IN LIMINE #314

This matter coming before the Court on Plaintiff's Motion *In Limine* (General), the Court being fully advised in the premises.

IT IS HEREBY ORDERED that plaintiff's motion is GRANTED, and further that all parties, all attorneys, and all witnesses shall be barred from referring to the size or geographic location of any party's law firm.

Dated: August 20, 2008

                                            S/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE