IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

EATON CORPORATION,

      Plaintiff,

v.                                  Civil Action No.: 03-74844

ZF MERITOR LLC,                Honorable George Caram Steeh
ARVINMERITOR, INC. AND
ZF FRIEDRICHSHAFEN AG,        Magistrate Judge R. Steven Whalen

      Defendants.
_____/

## ORDER GRANTING MOTION IN LIMINE #321

This matter coming before the Court on Plaintiff's Motion *In Limine* To Bar Certain Testimony Of Klaus Wöhr, the Court being fully advised in the premises.

IT IS HEREBY ORDERED that plaintiff's motion is GRANTED, and the testimony of Klaus Wöhr as it relates to information allegedly distributed, and simulations allegedly conducted at the 1987, 1989 and 1991 International Auto Shows in Frankfurt, Germany is barred at trial. This Order does not preclude defendants from introducing other evidence about information allegedly distributed, and simulations allegedly conducted at the 1987, 1989 and 1991 International Auto Shows in Frankfurt, Germany.

Dated: August 20, 2008

                                               s/George Caram Steeh
                                               GEORGE CARAM STEEH
                                               UNITED STATES DISTRICT JUDGE